999 A.2d 589

**500 JAMES HANCE COURT and Knauer and Gorman Construction Co., Inc.,**

**v.**

**PENNSYLVANIA PREVAILING WAGE APPEALS BOARD.**

**Bureau of Labor Law Compliance, Intervenor**

**Petition of Bureau of Labor Law Compliance, Intervenor.**

Supreme Court of Pennsylvania.

Aug. 4, 2010.

---

**13.** Again, I continue to dispute that Section 1 is ambiguous.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of August 2010, the Petition for Allowance of Appeal is **GRANTED** to address the following issue:

Whether the Commonwealth Court erred in concluding that the Prevailing Wage Act applies only to the segment of a bifurcated construction contract receiving public funds.